# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLTON F. ANDERSON, <br><br> Petitioner, <br><br> v. <br><br> THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., <br><br> Respondents. | CIVIL ACTION <br><br> No. 08-5408 |

## ORDER

**AND NOW**, this 18th day of May, 2011, upon consideration of petitioner's habeas corpus petition (Dkt. No. 1), the report and recommendation of Magistrate Judge Henry S. Perkin (Dkt. No. 15), petitioner's motion for appointment of counsel (Dkt. No. 19), and the entire record herein, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. The report and recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. A certificate of appealability is **NOT GRANTED**; and

4. Petitioner's motion for authentication (Dkt. Nos. 17, 18) is **DENIED**.

5. Petitioner's motion for appointment of counsel is **DENIED**.

BY THE COURT

 /s/ Louis H. Pollak
Pollak, J.